# The People on the relation of James S. Dewey v. The Board of State Auditors.

*Board of state auditors: Independent tribunal: Mandamus.* The board of state auditors are made by the constitution an independent tribunal over which the courts have no supervisory control; and the supreme court has no jurisdiction by *mandamus* to coerce or direct their action.

*Heard and decided June 9.*

Application for *Mandamus.*

The writ of *mandamus* is sought in this case to require the respondents to act upon a claim of the relator for extra compensation for services performed in the compilation of the Compiled Laws of 1871, in accordance with the provisions of a joint resolution of the legislature of 1875.

*F. A. Baker*, for relator, applied, *ex parte*, for an order to show cause.

THE COURT held that by the constitution the respondents are made a separate and independent tribunal, over which the supreme court has no supervisory control, and no jurisdiction by *mandamus* to coerce or direct their action.

Order to show cause denied.